**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00288-CR**
_____

**TREY WELLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 10-09933**

**MEMORANDUM OPINION**

Trey Wells appealed from a sentence pronounced on March 27, 2015. The notice of appeal was filed with the trial court on July 22, 2015, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. Wells filed a response, but did not establish that the notice of appeal was timely filed.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that appellant obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 25, 2015
Opinion Delivered August 26, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2